No. 85–562. SPIKA ET AL. *v.* VILLAGE OF LOMBARD, ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 85–574. THOELE ET AL. *v.* CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–592. NATURAL GAS PIPELINE COMPANY OF AMERICA *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 85–601. CURREY *v.* WAFFENSCHMIDT ET UX.; and
No. 85–764. WAFFENSCHMIDT ET AL. *v.* FIRST NATIONAL BANK OF MOUNT VERNON, TEXAS. C. A. 5th Cir. Certiorari denied. Reported below: 763 F. 2d 711.

No. 85–602. BANKERS & SHIPPERS INSURANCE COMPANY OF NEW YORK *v.* MARSHALL ET AL. Sup. Ct. App. W. Va. Certiorari denied.

No. 85–603. ESTATE OF SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–604. SCARNATI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–613. COMMUNITY HEALTH SERVICES OF CRAWFORD COUNTY, INC. *v.* TRAVELERS INSURANCE COS. ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–653. CITY OF CLEVELAND HEIGHTS, OHIO, ET AL. *v.* SMITH. C. A. 6th Cir. Certiorari denied.

No. 85–675. FOUR MILLION, TWO HUNDRED FIFTY-FIVE THOUSAND, SIX HUNDRED TWENTY-FIVE DOLLARS AND THIRTY-NINE CENTS ($4,255,625.39), ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–681. WESTERN RESERVE OIL & GAS CO., LTD., ET AL. *v.* NEW ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–683. KWANG-WEI HAN *v.* PILATO ET UX. Ct. App. Cal., 4th App. Dist. Certiorari denied.